# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John S. Carnes Jr.                   CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-11580 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                    Respectfully submitted,

                                     **/s/ Rebecca A. Solarz, Esquire**
                                    Rebecca A. Solarz, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Phone: (215)627-1322
                                    Email: rsolarz@kmllawgroup.com
                                    Attorney for Movant