IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| | : CASE NO. 21-11580-AMC |
| JOHN S. CARNES JR., | : |
|         DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : October 19, 2021 @ 10:00 a.m. |
| | : |
|         MOVANT, | : |
| V. | : |
| JOHN S. CARNES JR., | : |
| | : |
|         RESPONDENT, | : RELATED TO DOCKET NO. 34 |

CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on August 26, 2021 by:

**21-11580-AMC Notice will be electronically mailed to:**

MATTHEW GREGORY BRUSHWOOD on behalf of Shepherd Family Limited Partnership
mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

MATTHEW GREGORY BRUSHWOOD on behalf of Creditor Yellow Breeches Capital, LLC
mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

1

JOSEPH F. CLAFFY on behalf of Debtor John S. Carnes, Jr.
claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com

REBECCA K. MCDOWELL on behalf of Creditor SANTANDER BANK, N.A.
rmcdowell@slgcollect.com, pwirth@slgcollect.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor MIDFIRST BANK
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**21-11580-AMC Notice will not be electronically mailed to:**

Date Executed: August 26, 2021               Respectfully submitted,


                                                           /s/ Jonathan W. Chatham
                                                          Jonathan W. Chatham
                                                          Deputy Chief Counsel
                                                          PA Department of Revenue
                                                          Office of Chief Counsel
                                                          P.O. Box 281061
                                                          Harrisburg, PA 17128-1061
                                                          PA I.D. # 209683
                                                          Phone: 717-783-3673
                                                          Facsimile: 717-772-1459