# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                     Chapter 13

        JOHN S. CARNES, JR.                      Bankruptcy No. 21-11580-AMC

        259 DALEVILLE ROAD

        COCHRANVILLE, PA 19330

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOHN S. CARNES, JR.

    259 DALEVILLE ROAD

    COCHRANVILLE, PA 19330

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 10/19/2021                                                                 /s/ Kenneth E. West

                                                             _____
                                                             Kenneth E. West, Esquire
                                                             Chapter 13 Standing Trustee