**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| | : | Bankruptcy No. 21-11580 |
| JOHN S. CARNES, JR. | : | |
| Debtor | : | |

**PRAECIPE TO WITHDRAW OBJECTION OF**
**YELLOW BREECHES, LLC TO CONFIRMATION OF**
**DEBTOR'S CHAPTER 13 PLAN**

    Kindly withdraw Yellow Breeches, LLC's Objection to Confirmation of Debtor's Chapter 13 Plan filed in the above-captioned matter on August 26, 2021, as such Objection was resolved by the filing of First Amended Chapter 13 Plan filed on December 31, 2021.

BARLEY SNYDER

Dated: 1/10/2022   By: _____
Matthew G. Brushwood, Esquire
Attorneys for Yellow Breeches, LLC
Court I.D. 310592
50 N. 5th St-2nd Fl
Reading, PA 19601

9055003.1