**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| | : | Bankruptcy No. 21-11580 |
| JOHN S. CARNES, JR. | : | |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

MATTHEW G. BRUSHWOOD, ESQUIRE, verifies that a true and correct copy of the Praecipe to Withdraw Objection to Chapter 13 Plan of Yellow Breeches, LLC has been mailed to each of the following:

Joseph F. Claffy
Joseph F. Claffy & Associates, P.C.
26 South Church Street-Ste 1 South
West Chester, PA 19382

John S. Carnes, Jr.
259 Daleville Road
Cochranville, PA 19330

William C. Miller, Esq.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

US. Trustee
United States Trustee
Office of the U.S. Trustee
800 Chestnut Street, Suite 502
Philadelphia, PA 19106

by first class mail, postage prepaid, on the 11th day of January, 2022. He understands that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

BARLEY SNYDER

By: _____
Matthew G. Brushwood, Esquire
Attorneys for Yellow Breeches

Dated: 1/11/2022

9055064