# Cardmember Service

P.O. Box 108
Saint Louis, MO 63166-0108

March 31, 2022

Clerk of Courts – Bankruptcy

U.S. Bankruptcy Court
U.S. Bankruptcy Court For The Eastern District Of Pennsylvania
900 Market Street Suite 400
Philadelphia, PA 19107

RE:    John S Carnes Jr
        Bankruptcy Case Number: 21-11580

To Whom It May Concern:

Please withdraw the Proof of Claim for U.S. Bank National Association dba Elan Financial Services entered as claim # 12 on the claims register in the above referenced case.

Sincerely,

Bankruptcy Department
P.O. Box 108
Saint Louis, MO 63166-0108

Certificate of Service:

The undersigned hereby certifies that a true and accurate copy of the above notice of withdrawal was electronically mailed or sent via U.S. Mail on March 31, 2022 to the parties shown below.

_____
        Bonnie Rae Ashby


Attorney:    JOSEPH F. CLAFFY
                26 S Church St Ste 1
                West Chester, PA 19382-1013


Trustee:     KENNETH E. WEST
                1234 Market St Ste 1813
                Philadelphia, PA 19107-3704