IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| JOHN S. CARNES JR., | : CASE NO. 21-11580-amc |
| : | |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : June 7, 2022 @ 10:00 a.m. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| JOHN S. CARNES JR., | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 56 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Withdrawal of the Pennsylvania Department of Revenue's Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on June 6, 2022 by:

**21-11580-amc Notice will be electronically mailed to:**

MATTHEW GREGORY BRUSHWOOD on behalf of Shepherd Family Limited Partnership
mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

MATTHEW GREGORY BRUSHWOOD on behalf of Creditor Yellow Breeches Capital, LLC
mbrushwood@barley.com, jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

JOSEPH F. CLAFFY on behalf of Debtor John S. Carnes, Jr.
claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com

REBECCA K. MCDOWELL on behalf of Creditor SANTANDER BANK, N.A.
rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

REBECCA ANN SOLARZ on behalf of Creditor MIDFIRST BANK
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

KENNETH E. WEST
ecfemails@ph13trustee.com, philaecf@gmail.com

**21-11580-amc Notice will not be electronically mailed to:**

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis, MO 63166-0108

    Respectfully submitted,

    /s/ Jonathan W. Chatham
    Jonathan W. Chatham
    Deputy Chief Counsel
    PA Department of Revenue
    Office of Chief Counsel
    P.O. Box 281061
    Harrisburg, PA 17128-1061
    PA I.D. # 209683
    Phone: 717-783-3673
    Facsimile: 717-772-1459