IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOHN S. CARNES, JR.
:CHAPTER 13
DEBTOR

:CASE NO. 21-11580 AMC

CERTIFICATION OF SERVICE/MAILING CHAPTER 13 SECOND AMENDED PLAN

I, Joseph F. Claffy, Esq., hereby certify that on the 22nd day of July, 2022 I did serve a true and correct copy of the Debtor's SECOND Amended Chapter 13 Plan via U.S. Mail or ECF upon all secured and priority creditors, trustees and all other creditors who are adversely effected by the changes to the original plan and interested parties as required by Local Bankruptcy Rule 3015-2 (a)(1) including specifically: <u>TRUSTEES</u> U.S. Trustee VIA ECF and KENNETH E. WEST, Chapter 13 Standing Trustee VIA ECF AND:

<u>SECURED AND PRIORITY CREDITORS:</u>

PA DEPT REVENUE
BANKRUPTCY DICVISION
P.O. Box 280946
HARRISBURG, PA 17128-0946

MID FIRST BANK
999 NORTHWEST GRAND BLVD
OKLAHOMA CITY, OK 73118

YELLOW BREECHES CAPITAL
1817 OLDE HOMESTEAD LN.
LANCASTER, PA 17601

INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101

All other creditors listed creditor's list and all parties requesting notice, if any.
DATE: May 31st, 2022
*/s/ Joseph F. Claffy, Esq.* 35142
26 S. Church St.
West Chester, PA 19382
610-429-0900