# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: John S. Carnes Jr.<br>　　　　　　　　Debtor(s)<br><br>MIDFIRST BANK, its successors and/or assigns<br>　　　　　　　　Movant<br>　　vs.<br><br>John S. Carnes Jr.<br>　　　　　　　　Debtor(s)<br><br>Kenneth E. West Esq.<br>　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 21-11580 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MIDFIRST BANK, which was filed with the Court on or about **August 27, 2021, docket number 37**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: July 29, 2022