United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John S. Carnes, Jr.  
    Debtor

Case No. 21-11580-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 23, 2022      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S. Carnes, Jr., 259 Daleville Road, Cochranville, PA 19330-1013 |
| 14612666 | + | Coffey Burlington, 2601 South Bayshore Drive, Penthouse 1, Miami, FL 33133-5460 |
| 14612667 | | Elanco Financial Services, CB Disputes, P.O. Box, Saint Louis, MO 63166 |
| 14619883 | + | MIDFIRST BANK, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14612674 | + | Robert Saldutti, Esq., BNY MELLON CENTER, 1735 Market St, Suite 3750, Philadelphia PA 19103-7532 |
| 14615243 | + | Santander Bank, NA, fka Sovereign Bank, NA, c/o Rebecca K. McDowell, Esq., 1700 Market St., Ste 1005, Philadelphia PA 19103-3920 |
| 14615244 | + | Shepherd Family Limited Partnership, c/o Matthew G. Brushwood, Esq., 50 North Fifth Street, 2nd Floor, Reading, PA 19601-3417 |
| 14612680 | + | Yellow Breeches Capital LLC, 1817 Old Homestead Ln, Lancaster, PA 17601-6751 |
| 14625402 | + | Yellow Breeches Capital, LLC, 1817 Olde Homestead Ln, Ste 101, Lancaster, PA 17601-6751 |
| 14615435 | + | Yellow Breeches Capital, LLC, c/o Matthew G. Brushwood, Esq., 50 North Fifth St, 2nd floor, Reading, PA 19601-3417 |
| 14612679 | + | Yellow Breeches c/o, Matthew Brushwood Esq., Barley Snyder, 50 North 5th St 2nd Floor, Reading, PA 19601-3417 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14612665 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2022 00:06:04 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14612668 | + | Email/Text: bankruptcy@fult.com | Aug 24 2022 00:00:00 | Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 14612669 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2022 00:06:05 | Home Depot / CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 14639334 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 23 2022 23:59:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14612671 | | Email/Text: camanagement@mtb.com | Aug 23 2022 23:59:00 | M & T BANK, P.O. Box 900, Millsboro, DE 19966 |
| 14619818 | + | Email/Text: camanagement@mtb.com | Aug 23 2022 23:59:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14612672 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 24 2022 00:06:04 | MidFirst Bank, 999 Northwest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14622033 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 24 2022 00:06:04 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14621127 | | Email/Text: bankruptcynotices@psecu.com | Aug 24 2022 00:00:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14613080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14612673 | | Email/Text: bankruptcynotices@psecu.com | Aug 24 2022 00:00:00 | Pennsylvania State Employees Credit Unio, POB |

Case 21-11580-amc    Doc 67    Filed 08/25/22    Entered 08/26/22 00:31:10    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2022 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | 67013, Harrisburg, PA 17106-7013 |
| 14612675 | + | Email/Text: DeftBkr@santander.us | Aug 23 2022 23:59:00 | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14612676 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 00:06:12 | SyncB / Gap, POB 965005, Orlando, FL 32896-5005 |
| 14627152 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 24 2022 00:06:12 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14626047 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 23 2022 23:59:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14612677 | | Email/Text: bkelectronicnotices@usaa.com | Aug 23 2022 23:59:00 | USAA, POB 47504, San Antonio, TX 78265 |
| 14618860 | + | Email/Text: RASEBN@raslg.com | Aug 23 2022 23:59:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14612678 | | West Publishing |
| 14625120 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14612670 | ##+ | L3C Alden Park Apartments LLC, 222 Rockaway Tunpike, Suite 4, Cedarhurst, NY 11516-1833 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| JOSEPH F. CLAFFY | on behalf of Debtor John S. Carnes Jr. claffylaw@outlook.com, claffylaw@aol.com;claffylawecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW GREGORY BRUSHWOOD | on behalf of Shepherd Family Limited Partnership mbrushwood@barley.com jrachor@barley.com;cbrelje@barley.com;tshober@barley.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2022 | Form ID: 155 | Total Noticed: 28 |

MATTHEW GREGORY BRUSHWOOD
    on behalf of Creditor Yellow Breeches Capital LLC mbrushwood@barley.com,
    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com

REBECCA ANN SOLARZ
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John S. Carnes, Jr.
    Debtor(s)

Chapter: 13
Bankruptcy No: 21−11580−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 23, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Ashely M. Chan
    Judge ,
    United States Bankruptcy Court

65 − 25
Form 155