**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: )
)
JOHN S. CARNES, JR. ) Bankruptcy No. 21-11580
Debtor )
) Chapter 13

## ENTRY OF APPEARANCE

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

KINDLY ENTER my appearance on behalf of the debtor in the above-captioned

Chapter 13 bankruptcy case. Debtor's former attorney, Joseph F. Claffy, Esquire, passed away

on June 25, 2023.

Respectfully submitted,

/s/ *Sharon S. Masters*
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA 19372
(610) 322-5277
FAX: (951) 344-0434
shmasters@hotmail.com
Attorney for Debtor

Dated: 8/11/2023