Certificate Number: 15317-PAE-DE-040181632

Bankruptcy Case Number: 21-11580



15317-PAE-DE-040181632

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 9, 2025</u>, at <u>1:21</u> o'clock <u>PM PDT</u>, <u>John S Carnes Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 9, 2025</u>          By:     <u>/s/Rolyn Martinada</u>

Name:  <u>Rolyn Martinada</u>

Title:   <u>Credit Counselor</u>