United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-11580-amc |
| John S. Carnes, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 29, 2025 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John S. Carnes, Jr., 259 Daleville Road, Cochranville, PA 19330-1013 |
| 14612666 | + | Coffey Burlington, 2601 South Bayshore Drive, Penthouse 1, Miami, FL 33133-5475 |
| 14612667 | | Elanco Financial Services, CB Disputes, P.O. Box, Saint Louis, MO 63166 |
| 14612670 | + | L3C Alden Park Apartments LLC, 222 Rockaway Tunpike, Suite 4, Cedarhurst, NY 11516-1833 |
| 14619883 | + | MIDFIRST BANK, C/O Rebecca A. Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14612674 | + | Robert Saldutti, Esq., BNY MELLON CENTER, 1735 Market St, Suite 3750, Philadelphia, PA 19103-7532 |
| 14615243 | + | Santander Bank, NA, fka Sovereign Bank, NA, c/o Rebecca K. McDowell, Esq., 1700 Market St., Ste 1005, Philadelphia PA 19103-3920 |
| 14612680 | + | Yellow Breeches Capital LLC, 1817 Old Homestead Ln, Lancaster, PA 17601-6751 |
| 14625402 | + | Yellow Breeches Capital, LLC, 1817 Olde Homestead Ln, Ste 101, Lancaster, PA 17601-6751 |
| 14612679 | + | Yellow Breeches c/o, Matthew Brushwood Esq., Barley Snyder, 50 North 5th St 2nd Floor, Reading, PA 19601-3417 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 30 2025 00:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14612665 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2025 00:53:54 | Capital One Bank, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14612668 | + | Email/Text: bankruptcy@fultonbank.com | Oct 30 2025 00:44:00 | Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 14877230 | + | Email/Text: rmcdowell@slgcollect.com | Oct 30 2025 00:43:00 | Gulf Coast Bank & Trust Co., c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 14612669 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2025 00:54:28 | Home Depot / CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 14639334 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2025 00:43:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14612671 | | Email/Text: camanagement@mtb.com | Oct 30 2025 00:43:00 | M & T BANK, P.O. Box 900, Millsboro, DE 19966 |
| 14619818 | + | Email/Text: camanagement@mtb.com | Oct 30 2025 00:43:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 14612672 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2025 00:54:32 | MidFirst Bank, 999 Northwest Grand Blvd, Oklahoma City, OK 73118-6051 |
| 14622033 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2025 00:55:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14621127 | | Email/Text: bankruptcynotices@psecu.com | Oct 30 2025 00:44:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Oct 29, 2025 | Form ID: 138OBJ | Total Noticed: 30

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14613080 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 30 2025 00:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14612673 | | Email/Text: bankruptcynotices@psecu.com | Oct 30 2025 00:44:00 | Pennsylvania State Employees Credit Unio, POB 67013, Harrisburg, PA 17106-7013 |
| 14612675 | + | Email/Text: DeftBkr@santander.us | Oct 30 2025 00:43:00 | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14612676 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2025 00:54:21 | SyncB / Gap, POB 965005, Orlando, FL 32896-5005 |
| 14627152 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2025 00:53:48 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794690 | | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 30 2025 00:43:26 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO Box 4457, Houston TX 77210-4457 |
| 14626047 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 30 2025 00:43:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14612677 | | Email/Text: bkelectronicnotices@usaa.com | Oct 30 2025 00:43:00 | USAA, POB 47504, San Antonio, TX 78265 |
| 14618860 | + | Email/Text: RASEBN@raslg.com | Oct 30 2025 00:43:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14612678 | | West Publishing |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14625120 | *+ | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14615244 | ##+ | Shepherd Family Limited Partnership, c/o Matthew G. Brushwood, Esq., 50 North Fifth Street, 2nd Floor, Reading, PA 19601-3417 |
| 14615435 | ##+ | Yellow Breeches Capital, LLC, c/o Matthew G. Brushwood, Esq., 50 North Fifth St, 2nd floor, Reading, PA 19601-3417 |

TOTAL: 1 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 31, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 29, 2025 | Form ID: 138OBJ | Total Noticed: 30 |

DENISE ELIZABETH CARLON
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

MATTHEW GREGORY BRUSHWOOD
    on behalf of Shepherd Family Limited Partnership mbrushwood@barley.com
    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

MATTHEW GREGORY BRUSHWOOD
    on behalf of Creditor Yellow Breeches Capital  LLC mbrushwood@barley.com,
    jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

REBECCA K. MCDOWELL
    on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

SHARON S. MASTERS
    on behalf of Debtor John S. Carnes  Jr. shmasters@hotmail.com, G65312@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

*Form 138OBJ* (6/24)−doc 80 − 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   John S. Carnes Jr. ) Case No. 21−11580−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                        Eastern District of Pennsylvania
                               900 Market Street
                                    Suite 400
                              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 29, 2025                                                                               For The Court

                                                                                                         Mohung Wong
                                                                                                         Clerk of Court