**L.B.F. 9014-3**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: John S. Carnes, Jr.,** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor** | : | **No. 21-11580** |
| | | **HEARING DATE** |
| | | **12/16/2025 at 11:00am** |
| | | **in Courtroom 4** |

**ORDER**

AND NOW, this 16th day of _____December_____, 2025, after consideration of the

Motion to  Avoid Judicial Lien (docket entry # 83) and any

responses thereto, if any, and the entire record, it is hereby ORDERED that the

Motion is GRANTED.  The judicial lien of Santander Bank, N.A. is hereby AVOIDED upon discharge.

_____
ASHELY M. CHAN, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

## <u>Filing Instructions</u>

7.    **If you are required to file documents electronically by Local Bankruptcy Rule 5005-**
1, you must file your response electronically.

**8.**    **If you are not required to file electronically,** you must file your response at

<u>900 Market Street, Ste. 400, Philadelphia, PA</u>  <u>19107</u>

**If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early
enough so that it will be received on or before the date stated in Paragraph 2 on the previous page
of this Notice.

9.    On the same day that you file or mail your Response to the Motion, you must mail or deliver
a copy of the Response to the movant's attorney:

Sharon S. Masters, Esq.
The Law Office of Sharon S. Masters
132 Overleaf Drive
Thorndale, PA  19372
(610) 322-5277
shmasters@hotmail.com

Date:    11/23/2025