**UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: John S. Carnes, Jr.,** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor** | : | **No. 21-11580** |
| | | **HEARING DATE** |
| | | **1/27/2026 at** |
| | | **11:00am in Courtroom** |
| | | **4** |

**CERTIFICATE OF NO RESPONSE**

I, Sharon S. Masters, Attorney for Debtor, John S. Carnes, Jr., hereby certify that more than fourteen (14) days have passed since service of the Motion to Avoid Lien on Santander and to date no response or objection has been filed by any party.

Please enter the order granting the Motion without hearing.  Thank you.

/s/ Sharon S. Masters
Sharon S. Masters
Attorney for Debtor

Dated:  1/26/2026