L.B.F. 9014-3

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: John S. Carnes, Jr., | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No. 21-11580 |
| | | HEARING DATE |
| | | 12/16/2025 at 11:00am |
| | | in Courtroom 4 |

ORDER

AND NOW, this ___ day of Jan. , 2026, after consideration of the Motion to Avoid Judicial Lien of Santander Bank (motion #85), responses thereto, if any, and the entire record, it is hereby ORDERED that the Motion is GRANTED.  The judicial lien of Santander Bank, N.A. is hereby AVOIDED upon discharge.

**Date: January 29, 2026**

_____
ASHELY M. CHAN, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT