United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 21-11580-amc

John S. Carnes, Jr.                                                                       Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                    User: admin                                    Page 1 of 2

Date Rcvd: Feb 13, 2026                                Form ID: 195                                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2026:**

**Recip ID          Recipient Name and Address**
db          + John S. Carnes, Jr., 259 Daleville Road, Cochranville, PA 19330-1013

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2026 at the address(es) listed below:**

**Name                          Email Address**

DENISE ELIZABETH CARLON
     on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

JONATHAN WILKES CHATHAM
     on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KENNETH E. WEST
     ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW GREGORY BRUSHWOOD
     on behalf of Shepherd Family Limited Partnership mbrushwood@barley.com
     jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

MATTHEW GREGORY BRUSHWOOD
     on behalf of Creditor Yellow Breeches Capital  LLC mbrushwood@barley.com,
     jrachor@barley.com;cbrelje@barley.com;tshober@barley.com;dkline@barley.com;ageoghegan@barley.com

District/off: 0313-2    User: admin    Page 2 of 2

Date Rcvd: Feb 13, 2026    Form ID: 195    Total Noticed: 1

MATTHEW K. FISSEL
  on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

REBECCA K. MCDOWELL
  on behalf of Creditor SANTANDER BANK  N.A. rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

SHARON S. MASTERS
  on behalf of Debtor John S. Carnes  Jr. shmasters@hotmail.com, G65312@notify.cincompass.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    : Chapter 13

John S. Carnes, Jr.                                       : Case No. 21−11580−amc

        Debtor(s)

### ORDER
_____

AND NOW, this day , February 13, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court

101
Form 195